UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-06253-SVW-PD | Date: | October 30, 2025 |
|---|---|---|---|

Title:   Monica Huff v. APRO, LLC

Present: The Honorable   **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] Order to Show Cause Regarding Dismissal for Lack of Prosecution**

The instant case was removed to the Federal District Court on July 9, 2025.

It appears a response from defendant(s) has not been filed. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **November 7, 2025,** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)/defendant(s) response.

An answer by the following defendant(s): **APRO, LLC,** on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

CV-90 (12/02)   **CIVIL MINUTES – GENERAL**   Initials of Deputy Clerk: DTA